**HERMAN JONES LLP**
SERINA M. VASH
153 Central Avenue #131
Westfield, NJ 07090
svash@hermanjones.com
Telephone: (404) 504-6516
Facsimile: (404) 504-6501

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs Tracy Bynum and Christopher Leagre

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY BYNUM, Derivatively on Behalf of JOHNSON & JOHNSON,<br><br>                    Plaintiff,<br>v.<br><br>ALEX GORSKY, CAROL GOODRICH, MICHAEL E. SNEED, ANNE M. MULCAHY, CHARLES PRINCE, WILLIAM D. PEREZ, IAN E. L. DAVIS, RONALD A. WILLIAMS, A. EUGENE WASHINGTON, MARK B. MCCLELLAN, D. SCOTT DAVIS, MARY C. BECKERLE, JOAN CASALVIERI, and TARA GLASGOW,<br><br>                    Defendants,<br><br>-and-<br><br>JOHNSON & JOHNSON, a New Jersey Corporation,<br><br>                    Nominal Defendant. | Case No. 3:19-cv-18874-FLW-LHG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL, LIAISON COUNSEL AND AN EXECUTIVE COMMITTEE |

[Caption continued on next page.]

- 1 -

| | |
|---|---|
| CHRISTOPHER LEAGRE, Derivatively on Behalf of JOHNSON & JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>ALEX GORSKY, CAROL GOODRICH, MICHAEL E. SNEED, ANNE M. MULCAHY, CHARLES PRINCE, WILLIAM D. PEREZ, IAN E. L. DAVIS, RONALD A. WILLIAMS, A. EUGENE WASHINGTON, MARK B. MCCLELLAN, D. SCOTT DAVIS, MARY C. BECKERLE, JOAN CASALVIERI, and TARA GLASGOW,<br><br>            Defendants,<br><br>     -and-<br><br>JOHNSON & JOHNSON, a New Jersey Corporation,<br><br>            Nominal Defendant. | Case No. 3:19-cv-19005-FLW-LHG |

[Caption continued on next page.]

| | |
|---|---|
| SANDRA WOLLMAN, | ) Case No. 3:19-cv-20984-FLW-LHG |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALEX GORSKY, MARY C. BECKERLE, D. SCOTT DAVIS, IAN E. L. DAVIS, JENNIFER A. DOUDNA, MARK B. MCCLELLAN, ANNE M. MULCAHY, WILLIAM D. PEREZ, CHARLES PRINCE, A. EUGENE WASHINGTON, RONALD A. WILLIAMS, CAROL GOODRICH, MICHAEL E. SNEED, JOAN CASALVIERI, and TARA GLASGOW, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| JOHNSON & JOHNSON, | ) |
| | ) |
| Nominal Defendant | ) |

[Caption continued on next page.]

| | |
|---|---|
| STEVEN HILL, Derivatively On Behalf Of JOHNSON & JOHNSON,  )<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>ALEX GORSKY, ANNE M. )<br>MULCAHY, CHARLES PRINCE, )<br>WILLIAM D. PEREZ, IAN E.L. )<br>DAVIS, RONALD A. WILLIAMS, A. )<br>EUGENE WASHINGTON, MARK B. )<br>MCCLELLAN, D. SCOTT DAVIS, )<br>MARY C. BECKERLE, CAROL )<br>GOODRICH, MICHAEL E. SNEED, )<br>JOAN CASALVIERI, and TARA )<br>GLASGOW,    )<br>)<br>Defendants,   )<br>)<br>and,    )<br>)<br>JOHNSON & JOHNSON,   )<br>)<br>Nominal Defendant.   ) | Case No. 3:20-cv-00774-FLW-TJB |

WHEREAS, there are presently four related stockholder derivative actions on behalf of Johnson & Johnson ("J&J" or the "Company") and against certain of the Company's current and former directors and officers (with J&J, "Defendants") pending in this Court; and

WHEREAS, in an effort to ensure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all counsel for the parties in the above-referenced stockholder derivative actions enter into this stipulation. The

counsel are: (1) Robbins LLP and Herman Jones LLP on behalf of plaintiffs Tracy Bynum ("Bynum") and Christopher Leagre ("Leagre"); (2) Bragar Eagel & Squire, P.C. on behalf of plaintiff Sandra Wollman ("Wollman"); (3) Gainey McKenna & Egleston on behalf of plaintiff Steven Hill ("Hill" and collectively with Bynum, Leagre, and Wollman, "Plaintiffs"); (4) Robinson Miller LLC and Sidley Austin LLP on behalf of the Company; and (5) Patterson Belknap Webb & Tyler LLP on behalf of individual defendants Alex Gorsky, Carol Goodrich, Michael E. Sneed, Anne M. Mulcahy, Charles Prince, William D. Perez, Ian E. L. Davis, Ronald A. Williams, A. Eugene Washington, Mark B. McClellan, D. Scott Davis, Mary C. Beckerle, and Joan Casalvieri.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record and subject to Court approval, as follows:

1. The following actions are hereby related and consolidated (the "Consolidated Action") for all purposes:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Bynum v. Gorsky, et al.* | 3:19-cv-18874 | October 10, 2019 |
| *Leagre v. Gorsky, et al.* | 3:19-cv-19005 | October 15, 2019 |
| *Wollman v. Gorsky, et al.* | 3:19-cv-20984 | December 3, 2019 |
| *Hill v. Gorsky, et al.* | 3:20-cv-00774 | January 23, 2020 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALC STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:19-cv-18874-FLW-LHG<br><br>(Consolidated with Cases No. 3:19-cv-19005-FLW-LHG, No. 3:19-cv-20984-FLW-LHG, and No. 3:20-cv-00774-FLW-TJB) |

3. The files of the Consolidated Action shall be maintained in one file under Master Docket No. 3:19-cv-18874.

4. Co-lead counsel for plaintiffs ("Co-Lead Counsel") in the Consolidated Action are:

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

- and -

BRAGAR EAGEL & SQUIRE, P.C.
LAWRENCE P. EAGEL
DAVID J. STONE
W. SCOTT HOLLEMAN
MELISSA A. FORTUNATO

885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

5. Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Co-Lead Counsel.

7. Attached hereto as Exhibits A and B are the firm resumes for Robbins LLP and Bragar Eagel & Squire, P.C.

8. Liaison counsel for plaintiffs ("Liaison Counsel") in the Consolidated Action is:

HERMAN JONES LLP
SERINA M. VASH
153 Central Avenue #131
Westfield, NJ 07090
Telephone: (404) 504-6516
Facsimile: (404) 504-6501

9. Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other

directions from the Court to counsel, and shall be responsible for communication with defendants' counsel on matters of case administration and scheduling. Liaison Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel. Attached hereto as Exhibit C is the firm resume of Herman Jones LLP.

10. The executive committee for plaintiffs ("Executive Committee") in the Consolidated Action is:

> GAINEY McKENNA & EGESTON
> THOMAS J. MCKENNA
> GREGORY M. EGLESTON
> 501 Fifth Avenue, 19th Floor
> New York, New York 10017
> Telephone: (212) 983-1300
> Facsimile: (212) 983-0383

11. The Executive Committee shall, at the discretion of Co-Lead Counsel, assist Co-Lead Counsel in the preparation of pleadings, briefing of motions, and the review of discovery, if necessary. Attached hereto as Exhibit D is the firm resume of Gainey McKenna & Egeston.

12. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

13. Defendants need not respond to any of the complaints filed in the related actions or any other complaint now pending before, or later filed in,

remanded to, or transferred to, this Court which arises out of the same or similar facts and allegations as contained in the related actions.

14. Within forty-five (45) days of entry of the order approving the stipulation, Plaintiffs, through Co-Lead Counsel, shall file a consolidated complaint (the "Consolidated Complaint") or designate a previously filed complaint as the operative complaint, which will supersede all existing complaints filed in the related actions and any other action that may be consolidated herewith.

15. Within fourteen (14) days of the filing of the Consolidated Complaint or designation of the operative complaint, counsel for the parties shall meet and confer regarding a stipulation concerning timing for briefing and hearing Defendants' responses to the Consolidated Complaint, and shall submit such stipulation to the Court for approval.

16. Unless otherwise altered, this Order shall apply to each derivative case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

17. When a case which properly belongs as part of *In re Johnson & Johnson Talc Stockholder Derivative Litigation*, Lead Case No. 3:19-cv-18874, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of *In re Johnson*

*& Johnson Talc Stockholder Derivative Litigation*, Lead Case No. 3:19-cv-18874, and counsel are to assist in ensuring that counsel in subsequent actions receive notice of this Order.

Dated: February 19, 2020

Respectfully submitted,

HERMAN JONES LLP

/s/ *Serina M. Vash*
SERINA M. VASH
(NJ Bar. No. 041142009)
153 Central Avenue #131
Westfield, NJ 07090
svash@hermanjones.com
Telephone: (404) 504-6516
Facsimile: (404) 504-6501

HERMAN JONES LLP
JOHN C. HERMAN
(GA Bar No. 348370)
3424 Peachtree Road, N.E.,
Suite 1650
Atlanta, GA 30326
jherman@hermanjones.com
Telephone: (404) 504-6500
Facsimile: (404) 504-6501

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
brobbins@robbinsllp.com
csmith@robbinsllp.com
ssanders@robbinsllp.com
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiffs Tracy Bynum and Christopher Leagre

Dated: February 19, 2020                 BRAGAR EAGEL & SQUIRE, P.C.

/s/ Lawrence P. Eagel
LAWRENCE P. EAGEL
(NJ Bar. No. 038881983)
DAVID J. STONE
W. SCOTT HOLLEMAN
MELISSA A. FORTUNATO (N.J. Bar No. 071502013)
885 Third Avenue, Suite 3040
New York, NY 10022
eagel@bespc.com
fotunato@bespc.com
stone@bespc.com
holleman@bespc.com
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

Attorneys for Plaintiff Sandra Wollman

Dated: February 19, 2020                 GAINEY McKENNA & EGLESTON

/s/ Barry Gainey
BARRY GAINEY (BJG. No. 7560)
95 Route 17 South, Suite 310
Paramus, NJ 07652
bgainey@gme-law.com
Telephone: (201) 225-9001
Facsimile: (201) 225-9002

Attorneys for Plaintiff Steven Hill

THOMAS J. MCKENNA
GREGORY M. EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
tjmckenna@gme-law.com
gegleston@gme-law.com
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

Dated: February 19, 2020                 ROBINSON MILLER LLC

/s/ Keith J. Miller
KEITH J. MILLER
(NJ Bar. No. 041142009)
110 Edison Place, Suite 302
Newark, NJ 07102
kmiller@rwmlegal.com
Telephone: (973) 690-5400
Facsimile:  (973) 466-2760

|  |  |
|---|---|
|  | WALTER C. CARLSON<br>KRISTEN R. SEEGER<br>CHRISTOPHER Y. LEE<br>One South Dearborn<br>Chicago, IL 60603<br>wcarlson@sidley.com<br>kseeger@sidley.com<br>chris.lee@sidley.com<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for nominal defendant<br>Johnson & Johnson |
| Dated: February 19, 2020 | PATTERSON BELLKNAP WEBB & TYLER LLP<br><br>/s/ Erik Haas<br>ERIK HAAS<br>JOSHUA A. GOLDBERG<br>1133 Avenue of the Americas<br>New York, NY 10036<br>ehaas@pbwt.com<br>jgoldberg@pbwt.com<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>Attorneys for individual defendants Alex Gorsky, Carol Goodrich, Michael E. Sneed, Anne M. Mulcahy, Charles Prince, William D. Perez, Ian E. L. Davis, Ronald A. Williams, A. Eugene Washington, Mark B. Mcclellan, D. Scott Davis, Mary C. Beckerle, and Joan Casalvieri |

IT IS SO ORDERED.

_____  2/28/20
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

ACTIVE 254501326