**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

April 20, 2020

## LETTER ORDER

Re:   **TRACY BYNUM** *Derivatively and on behalf of Johnson & Johnson* **v. ALEX GORSKY,** *et al.*,
   **Civil Action No. 19-18874 (FLW) (LHG)**

Dear Counsel:

Before the Court is Plaintiff's Motion for an Extension of Time, seeking an extension until April 24, 2020 to Serve the Complaint on Defendant Tara Glasgow. [Docket Entry No. 27]. In response to Plaintiff's Motion, the Court ordered the parties to advise by February 26, 2020 as to any objections. [Docket Entry No. 28]. No objections having been received, the Court hereby **GRANTS** Plaintiff's Motion [Docket Entry No. 27].

   **IT IS SO ORDERED.**

   _____
   **LOIS H. GOODMAN**
   **United States Magistrate Judge**