# HERMAN JONES LLP
ATLANTA · NEWARK · SEATTLE

Serina M. Vash
svash@hermanjones.com

October 9, 2020

**<u>VIA CM/ECF</u>**

The Honorable Freda L. Wolfson, Chief U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, New Jersey 08608

    **Re:**    **In re Johnson & Johnson Talc Stockholder Derivative Litigation**
            **Lead Case 3:19-cv-18874-FLW-LHG**
            **Consolidated with Cases:**
                **3:19-cv-19005-FLW-LHG**
                **3:19-cv-20984-FLW-LHG**
                **3:20-cv-00774-FLW-TJB**

Dear Chief Judge Wolfson:

On behalf of all parties, enclosed please find a Stipulation and Proposed Scheduling Order. If Your Honor finds the enclosed Order acceptable, the parties respectfully request that it be entered.

                                                      Respectfully Submitted,

                                                      /s/ *Serina M. Vash*

                                                      Serina M. Vash

cc:    All Counsel of Record (via CM/ECF)