**HERMAN JONES LLP**
SERINA M. VASH
153 Central Avenue #131
Westfield, NJ 07090
svash@hermanjones.com
Telephone: (404) 504-6516
Facsimile: (404) 504-6501

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALC STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:19-CV-18874-FLW-LHG <br><br> (Consolidated with Cases No. 3:19-cv-19005-FLW-LHG, No. 3:19-cv-20984-FLW-LHG, and No. 3:20-cv-00774-FLW-TJB) |
| This Document Relates To: <br><br> ALL ACTIONS. | ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Before the Court is Plaintiffs' Unopposed Motion for Voluntary Dismissal of Action Without Prejudice ("Unopposed Motion"), pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedures. Having reviewed Plaintiffs' Unopposed Motion, and good cause appearing, it is hereby ORDERED as follows:

1.    The above-captioned consolidated action is dismissed without prejudice.

2.    Each party shall bear his, her, or its own fees and costs.

3.    The Clerk is directed to close this case.

IT IS SO ORDERED.


DATED:    10/24/2022          /s/ Freda L. Wolfson
                             _____
                             FREDA L. WOLFSON
                             UNITED STATES DISTRICT JUDGE




1596697